UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 13-01021-JGB (SPx) | Date | March 17, 2014 |
| Title | Brewster Swanlund V. MathTutorDVD | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Maynor Galvez | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Rosemary F. Luzon | Richard D. Marca |

**Proceedings:**   SCHEDULING CONFERENCE

A scheduling Conference was held. A trial schedule was set. See separate trial order for details.

The parties have selected settlement procedure No. 1 (Magistrate Judge) pursuant to L.R. 16-15.4. The Court sets August 25, 2014, as the deadline by which settlement proceedings shall be completed.

The parties have agreed on the following schedule for class certification:

    May 12, 2014: Plaintiff to file his motion
    June 2, 2014: Defendant to file opposition
    June 16, 2014: Plaintiff to file a reply brief
    June 30, 2014, at 9:00 a.m.: Hearing date

IT IS SO ORDERED.

Time:  00:05